# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FERNANDO SIMOES,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:08-cv-1384-Orl-31DAB**

**WINTERMERE POINTE HOMEOWNERS ASSOCIATION, INC., MICHAEL GRUSZKA, ROBERT STUMBAUGH, CARL RADCLIFFE and MICHAEL PIATEK,**

        **Defendants.**

## ORDER

Upon consideration of the Motion to Recuse the Court (Doc. 22), it is

**ORDERED** that the Motion is GRANTED. This case is referred to the Chief Judge for appropriate reassignment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 15, 2008.

                                                          GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party